UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America

                                                  **ORDER**
    v.                                                22-CR-00070 (DG)

Steven Rodriguez,

            Defendant.
-----------------------------------------------------------X
DIANE GUJARATI, United States District Judge:

       The Court has reviewed the transcript of the change of plea hearing of Defendant Steven Rodriguez before Magistrate Judge Sanket J. Bulsara on September 21, 2022 and hereby finds that the defendant, understanding his rights and the consequences of his plea of guilty, knowingly and voluntarily entered a plea of guilty to Count One of the Indictment in the above-captioned matter. The Court further finds that there is a factual basis for the plea. The Court hereby accepts the plea of guilty of Defendant Steven Rodriguez.

       SO ORDERED.

                                                 */s/ Diane Gujarati*
                                                 DIANE GUJARATI
                                                 United States District Judge

Dated: January 10, 2023
       Brooklyn, New York