**DOCKET NUMBER:** CR 22-CR-070 (DG)

# CRIMINAL CAUSE FOR SENTENCING

**BEFORE JUDGE:** Diane Gujarati USDJ   **DATE:** 6/8/2023   **TIME IN COURT** __86__ MINS

**DEFENDANT'S NAME:** Gary Farrell   **DEFENDANT'S #:** 001

- ■ Present
- ☐ Not Present
- ☐ Custody
- ■ Not in Custody

**DEFENSE COUNSEL:** Gary Farrell, Heather Stepanek
- ☐ Federal Defender
- ■ CJA
- ☐ Retained

**A.U.S.A.:** Adam Amir

**U.S. PROBATION OFFICER:** Jameka Bing

**CASE MANAGER:** Kelly Almonte

**COURT REPORTER:** Rivka Teich

- ☐ Arraignment
- ☐ Change of Plea Hearing (~*Util-Plea Entered*)
- ☐ In Chambers Conference
- ☐ Pre-Trial Conference
- ☐ Initial Appearance
- ☐ Status Conference
- ☐ Video Conference
- ☐ Revocation of Probation non-contested
- ☐ Revocation of Probation contested
- ■ Sentencing non-evidentiary
- ☐ Sentencing Contested
- ☐ Revocation of Supervised Release evidentiary
- ☐ Revocation of Supervised Release non-evidentiary

**UTILITIES**
- ☐ ~Util-Plea Entered
- ☐ ~Util-Add terminate Attorneys
- ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter
- ☐ ~Util-Indictment Un Sealed
- ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines
- ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Reset Hearings

**Speedy Trial Exclusion Start Date:** _____ **Speedy Trial Stop Date:** _____ **CODE TYPE:** ___

**Do these minutes contain ruling(s) on motion(s)?**   ☐ YES   ☐ NO

**TEXT:** Sentencing as to Steven Rodriguez (1) held before Judge Diane Gujarati on June 9, 2023. AUSA Adam Amir appeared on behalf of the Government. Legal intern Drew Beussink also present. Heather Stepanek and CJA counsel Gary Farrell appeared on behalf of Defendant Steven Rodriguez. Defendant present and on bond. U.S. Probation Officer Jameka Bing also present. Defendant sentenced on Count 1 of the Indictment to: Imprisonment of thirty (30) months; Supervised Release of two (2) years; and Special Assessment of $100. No fine or restitution was imposed and no forfeiture was ordered. Count 3 of the Indictment dismissed as against Defendant on Government's motion. Defendant was advised of his right to appeal. Defendant was ordered to surrender to the designated facility or to the USMS-EDNY on September 8, 2023 at 2:00 p.m. Bond conditions continued. As set forth on the record, the Court granted the sealing requests with respect to ECF No. 58 and ECF No. 62 and permitted those filings to remain under seal.